**Dismiss and Opinion Filed August 28, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00805-CV

### BOBBIE SUE HAYES, Appellant

### V.

### DAVID LEE WALTERS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-23-0058**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Nowell

On July 29, 2024, after receiving a copy of the trial court's order vacating the appealed order on motion for appointment of receiver, we informed the parties that it appeared the appeal had become moot and was subject to dismissal for want of jurisdiction unless, within ten days, appellant showed cause as to why the appeal should not be dismissed. *See City of Dallas v. Woodfield*, 305 S.W.3d 412, 416 (Tex. App.—Dallas 2010, no pet.). To date, appellant has not responded.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(a); *Woodfield,* 305

S.W.3d at 416.

240805f.p05

/Erin A. Nowell//

ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BOBBIE SUE HAYES, Appellant

No. 05-24-00805-CV       V.

DAVID LEE WALTERS, Appellee

On Appeal from the 59th Judicial District Court, Grayson County, Texas
Trial Court Cause No. FA-23-0058.
Opinion delivered by Justice Nowell, Justices Molberg and Kennedy participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee David Lee Walters recover his costs, if any, of this appeal from appellant Bobbie Sue Hayes.

Judgment entered this 28th day of August, 2024.